# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **Case No. 3:20-CR-08-CAR-CHW-5** |
| **MANUEL GONZALEZ ROMERO,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss the above-styled Indictment against Defendant Manuel Gonzalez Romero pursuant to Federal Rule of Criminal Procedure 48(a). The Government represents that the Defendant was sentenced in Middle District of Georgia Case No. 3:20-CR-45 under his real name, Juan Carlos Pimentel.

The Court, having reviewed the motion, finds good cause to grant the Government's request. Accordingly, the Court **GRANTS** the Government's Motion to Dismiss [Doc. 620] and hereby **ORDERS** the pending Indictment in Case No. 3:20-CR-08-CAR-CHW-5 against Defendant Manuel Gonzalez Romero to be **DISMISSED**.

**SO ORDERED**, this 21st day of August, 2023.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT